IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 28 AM 11:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Cassandra P. Dixon

      Appellant,

v.                                                       Case No.: 2:05cv2198-Ml

Commissioner of Social Security

      Appellee.

### ORDER SETTING SCHEDULING IN SOCIAL SECURITY CASE

The issues in the above-referenced matter having been joined, it is hereby ordered that the following schedule shall be followed:

1. Appellant shall file a brief in support of the asserted claim within 30 days of the entry hereof.

2. Appellee's brief in response shall be filed within 30 days of the filing of appellant's brief.

3. Reply brief may be filed within 10 days of the filing of appellee's response brief.

No further briefs shall be filed without leave of Court.

Entered this 28th day of October, 2005.

THOMAS M. GOULD, CLERK

BY: _____
      Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02198 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Cassandra P. Dixon
2828 Birchfield Drive
Memphis, TN 38127

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT